[No. 8301.  Department Two.  November 24, 1909.]

W. F. HAYS, *Appellant*, v. TERRENCE O'BRIEN, *as Administrator of the Estate of John Sullivan, Deceased*, and MARIE CARRAU *et al., Respondents*.[1]

Appeal from an order of the superior court for King county, Yakey, J., entered March 11, 1909, refusing to vacate a judgment, after a hearing before the court.  Appeal dismissed.

*Henry St. Rayner* and *W. F. Hays*, for appellant.
*E. M. Carr* and *Corwin S. Shank*, for respondents.

PER CURIAM.—This is another appeal from the same case which we were discussing in No. 8302, *Hays v. O'Brien, ante* p. 67, 105 Pac. 162.  For the reason that the order complained of is not a determination by the lower court from which an appeal will lie to this court, the motion to dismiss this case will be sustained.

---

[No. 8466.  *En Banc.*  December 11, 1909.]

THE STATE OF WASHINGTON, *on the Relation of Tumwater Power & Water Company, Plaintiff*, v. THE SUPERIOR COURT FOR THURSTON COUNTY, *Respondent*.[2]

Application for a writ of certiorari to review an order of the superior court for Thurston county, Linn, J., entered May 4, 1908, in condemnation proceedings.  Denied.

*G. C. Israel, Martin L. Pipes, George H. Funk*, and *Frank C. Owings*, for relator.

*A. J. Falknor* and *Troy & Sturdevant*, for respondent.

PER CURIAM.—The application in this case is based upon the same facts as those in No. 8465, *State ex rel. Tumwater Power & Water Co. v. Superior Court, ante* p. 287, 105 Pac. 815.  For the reasons there stated, it must be denied.

[1]Reported in 105 Pac. 162.
[2]Reported in 105 Pac. 816.